Larry E. Cook, Receiver
Suite 333
14904 W. 87th St. Pkwy
Lenexa, KS 66215

September 30, 2009
Client No.        050860
Matter No.        0494097
Invoice No.       1324114

Professional services rendered and costs incurred through September 30, 2009:

Re: Affiliate Strategies, Inc.

| | |
|---|---|
| Due For Services: | $ 129,443.00 |
| Due For Costs: | $ 5,352.12 |
| TOTAL THIS INVOICE: | $ 134,795.12 |
| TOTAL BALANCE DUE: | $ 134,795.12 |

Larry E. Cook, Receiver
Suite 333
14904 W. 87th St. Pkwy
Lenexa, KS 66215

September 30, 2009
Client No.     050860
Matter No.    0494097
Invoice No.    1324114

Page 1

Professional services rendered through September 30, 2009:

Re: Affiliate Strategies, Inc.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/20/09 | KW | Analysis of pleadings (1.0); telephone conference with L. Cook (.5). | 1.50 | 525.00 |
| 07/20/09 | BMH | Review FTC pleadings and forward to L. Cook. | 6.80 | 2,006.00 |
| 07/21/09 | KW | Meet with L. Cook and B. Holland. | 1.00 | 350.00 |
| 07/21/09 | BMH | Work with L. Cook to coordinate seizure of ASI and affiliates upon entry of TRO. | 3.10 | 914.50 |
| 07/22/09 | KW | Meet with L. Cook and B. Holland. | 2.00 | 700.00 |
| 07/22/09 | BMH | Review pleadings and forward to L. Cook (3.4). Telephone conferences with L. Cook and K. Weltz re: coordinating seizure of Receivership Defendants assets and property (2.8). | 6.20 | 1,829.00 |
| 07/23/09 | KW | Conduct factual investigation, interview witnesses, and meet with Larry Cook re: same. | 8.00 | 2,800.00 |
| 07/23/09 | BMH | Asset and property seizure of ASI and other Receivership Defendants (4.1). Review and forward pleadings to L. Cook (3.1). | 7.20 | 2,124.00 |
| 07/24/09 | KW | Continue interviewing witnesses, factual investigation, and Meet with L. Cook and FIC lawyers re: same. | 6.70 | 2,345.00 |
| 07/24/09 | BMH | Review pleadings and forward to L. Cook. | 1.20 | 354.00 |
| 07/25/09 | KW | Telephone conference with L. Cook (.2); review correspondence received from T. Rupp (.1). | 0.30 | 105.00 |
| 07/25/09 | BMH | Review pleadings and forward to L. Cook (1.5). Telephone conference with L. Cook re: bank accounts and other asset recovery (.8). | 2.30 | 678.50 |

Larry E. Cook, Receiver

September 30, 2009
Client No.      050860
Matter No.     0494097
Invoice No.    1324114

Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/27/09 | MHS | Legal research re lis pendens liens for actions filed in federal court. | 1.10 | 297.00 |
| 07/27/09 | KW | Meet with L. Cook and B. Holland (2.0); telephone conference with T. Rupp (.1); review correspondence received from Judge Robinson (.1). | 2.20 | 770.00 |
| 07/27/09 | NMB | Inventory audit and copy contents of USB Flash drive received in, to the network to provide for legal team review and create 2 backup copies of the data. | 0.70 | 112.00 |
| 07/27/09 | BMH | Meeting with L. Cook re: ASI Receivership, asset recovery, and to do lists (2.2). Work with M&I and Century Bank re: merchant and ACH accounts, potential chargebacks, and account turnover (2.3). Work with Great Southern Bank re: turnover of accounts (2.3). | 6.80 | 2,006.00 |
| 07/28/09 | MHS | Strategize about filing Notices of lis pendens liens in Kansas state district courts. | 0.30 | 81.00 |
| 07/28/09 | SET | Discuss procedure of registration of foreign judgment with A. Stewart and J. Long (.5). Telephone call to the Internal Revenue Service regarding obtaining federal identification number and obtain identification number through online form (1.4). Work with Union Bank to set up checking and money market accounts (.9). Emails to and from L. Cook regarding transfer of mail for Affiliate Strategies regarding Paola and Overland Park business addresses (1.7). | 4.50 | 697.50 |
| 07/28/09 | KW | Telephone conference with L. Cook re interview with K. Rogers (.3); telephone conference with L. Cook re M&I bank charges (.3). | 0.60 | 210.00 |
| 07/28/09 | NMB | Complete copy of the flash drive onto 2 additional USB flash drives as backup, and moving of the data from the network directory originally copied to, to the electronic file and provided legal team with the flash drives and | 0.40 | 64.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.    050860
Matter No.    0494097
Invoice No.    1324114

Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | link to the electronic file. | | |
| 07/28/09 | BMH | Telephone conferences with M&I and Century Bank representatives re: turnover of merchant and ACH accounts to Receiver (.8). Review pleadings and forward to L. Cook (2.1). | 2.90 | 855.50 |
| 07/29/09 | SET | Emails to and from S. Collins at Union Bank regarding account application forms (.5). Coordinate preparation of bank forms for L. Cook's signature (.2). Continue to assist J. Long with registration of receivership orders and complaints with designated courts (.6). | 1.30 | 201.50 |
| 07/29/09 | KW | Conference call with L. Cook and Century Bank Card (3.0); telephone conferences with T. Rupp (.2); telephone conference with L. Cook (.3). | 3.50 | 1,225.00 |
| 07/29/09 | BMH | Work on asset recovery and telephone conferences with L. Cook, K. Weltz, and S. Gurwitz re: same. | 8.30 | 2,448.50 |
| 07/30/09 | SET | Search Accurint for defendants current address information. | 0.30 | 46.50 |
| 07/30/09 | KW | Telephone conference with L. Cook (.2); meet with L. Cook to prepare for hearing (1.3); attend hearing (.7); long distance telephone conference with S. Gerwitz (.5). | 2.70 | 945.00 |
| 07/30/09 | BMH | Work on bank account turnovers and telephone conferences with FTC and L. Cook re: asset seizure. | 5.30 | 1,563.50 |
| 07/31/09 | SET | Continue to search Accurint database for address information on defendants. | 0.90 | 139.50 |
| 07/31/09 | BRM | Call from B. Holland (.2). Calls to Defendant (.2). Review emails (.3). Email to Defendant (.1). Review spreadsheet (.2). | 1.00 | 390.00 |
| 07/31/09 | KW | Telephone conference with Larry Cook (.2); review correspondence received from FTC re memo with | 1.40 | 490.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.     050860
Matter No.    0494097
Invoice No.    1324114

Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | attachments (.5); long distance telephone conference with Dan Blue, Jr., (.3). telephone conference with S. Guerwitz (.4). | | |
| 07/31/09 | BMH | Work on asset recovery and review FTC pleadings and forward to L. Cook and telephone conferences with L. Cook re: same. | 7.60 | 2,242.00 |
| 08/03/09 | BRM | Call from Defendant (.2). Emails to and from B. Holland and arrange for meeting re same (.3). | 0.50 | 195.00 |
| 08/03/09 | KW | Telephone conference with L. Cook and B. Holland (.5); review correspondence received from T. Rupp re motion to continue (.5). | 1.00 | 350.00 |
| 08/03/09 | BMH | Telephone conferences with L. Cook re: status of accounts (0.3). Review data on Answer Customers operations in Canandaigua, NY and coordinate inspection of site and inventory of assets (0.6). Review asset reports on Defendants and telephone conference with L. Cook re: same (1.2). Work with M&I Bank, Great Southern Bank, and Century Bankcard Services re: accounting of receivership assets and reserve accounts and review accounting of same (3.3). Review Defendant's Motion to Continue PI Hearing and telephone conference with L. Cook re: same (0.3). | 5.70 | 1,681.50 |
| 08/04/09 | SET | Meet with J. Twardowski regarding conducting extensive information search on individual debtors (.8). Receive and review reports on individuals forwarded by J. Twardowski and email reports to L. Cook (.4). Search IRS website regarding Form 56 - Notice Concerning Fiduciary Relationships and print and review form (.6). | 1.80 | 279.00 |
| 08/04/09 | BRM | Further preparations for Rochester including call from Mr. Rulison and call to B. Holland. | 0.50 | 195.00 |
| 08/04/09 | JT | Conduct background investigation regarding Brett | 2.50 | 425.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.          050860
Matter No.          0494097
Invoice No.         1324114

Page 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | Wendell Blackman. (0.5) Conduct background investigation regarding Jordan D. Sevy. (0.5) Conduct background investigation regarding James Walter Rulison. (0.5) Conduct background investigation regarding Martin Philip Nossov. (0.5) Conduct background investigation regarding Alicia Nossov, aka, Allisia Hallorand, Alicia Zika. (0.5) | | |
| 08/04/09 | BMH | Review IRS notifications and respond to same (0.4). Review Receiver's Bond and file same (0.2).  Coordinate inspection of Answer Customer's site (0.3).  Work with banks re: obtaining account records or on-line access (2.4). Telephone conferences with L. Cook re: bank records needed and investigation of merchant accounts at credit card processors (0.4).  Investigate ACH rules and merchant bank rules re: freeze of chargebacks (2.0). | 5.70 | 1,681.50 |
| 08/05/09 | BRM | Further preparations for site visit including review of spreadsheet, email from B. Holland, and call to Defendant. | 0.50 | 195.00 |
| 08/05/09 | SET | Telephone calls from potential claimants (.3). Receive and review additional informational reports forwarded by J. Twardowski regarding individual defendants (.4). Telephone call to the Internal Revenue Service regarding SS-4 form and Employer Identification Number (.4). Prepare Form 56 for defendants (.5). Emails from and to T. Ruiz at Union Bank regarding status of receiving wired funds (.2). Receive and organize mail forwarded from 116 S. Pearl - Paola, Kansas (.9). | 2.70 | 418.50 |
| 08/05/09 | JT | Continue background investigation regarding Brett W. Blackman; Joel W. Blackman; Tri-Merge Blackman Investments and First National Mortgage. | 1.00 | 170.00 |
| 08/05/09 | BMH | Telephone conferences with C. Christopher and review | 4.60 | 1,357.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.       050860
Matter No.      0494097
Invoice No.      1324114

Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| | | Defendants' Motion to Continue PI Hearing (1.1). Telephone conference with L. Cook re: potential continuance of PI Hearing (0.2). Review documents from M&I Bank accounts (0.7). Telephone conferences with trade creditors re: case status (1.9). Review Commission's Opposition to Continuance of PI Hearing and forward to L. Cook (0.4). Review Order Granting/Denying Motion to Continue PI Hearing and e-mail summary to L. Cook (0.3). | | |
| 08/06/09 | SET | Email to and from T. Ruiz regarding accounts (.2). Revise Form 56 documents and coordinate execution and pick up of Form 56 (.3). Draft letter to the IRS regarding name change for assigned Employer Identification Number (EIN) (.7). Receive and review mail forwarded from Affiliate Strategies (.5). | 1.70 | 263.50 |
| 08/06/09 | BRM | Inspection and inventory of assets of Answer Customers. | 10.00 | 3,900.00 |
| 08/06/09 | BMH | Work with L. Cook on asset analysis and accounting (0.6). Work with M&I, Great Southern, and Century Bankcard re: receivership assets, reserve accounts, chargebacks, and accounting issues (2.8). Review financial statements and research on corporate defendants and telephone conference with L. Cook re: same (3.2). Telephone conferences with banks and consumers re: unauthorized charges to accounts and return calls re: same (1.3). | 7.90 | 2,330.50 |
| 08/07/09 | BRM | Report to B. Holland re results of inspection and inventory and email inventory report. | 0.50 | 195.00 |
| 08/07/09 | SET | Discuss status of registrations of orders for receiver and organize (.2). Receive telephone calls from potential claimants and begin to prepare table regarding same (.7). Telephone call from T. Ruiz at Union Bank regarding | 1.10 | 170.50 |

# LATHROP & GAGE LLP

FEDERAL I.D. 43-0948710

Larry E. Cook, Receiver

September 30, 2009
Client No.     050860
Matter No.    0494097
Invoice No.    1324114

Page 7

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | wires from banks into Affiliate accounts (.2). | | |
| 08/07/09 | BMH | Work on merchant account recoveries and assess chargebacks and preventing additional chargebacks (4.3). Telephone conferences with consumers and banks re: unauthorized charges (2.1). Telephone conferences with L. Cook re: asset recovery (1.2). | 7.60 | 2,242.00 |
| 08/10/09 | SET | Telephone call to T. Ruiz regarding online banking and send executed form to T. Ruiz at Union Bank. | 0.30 | 46.50 |
| 08/10/09 | KW | Analysis of numerous e-mails (.5); meet with L. Cook and B. Holland (1.0); telephone conference with T. Rupp (.3). | 1.80 | 630.00 |
| 08/10/09 | BMH | Work on M&I Bank account data and merchant accounts accounting of receipts and chargebacks (4.8). Telephone conferences with S. Gurwitz, L. Cook, and Authorize.net agents re: reserve account at Authorize.net (1.1). Telephone conferences with consumers and their banks re: pre-TRO unauthorized charges (1.3). Telephone conferences and e-mail exchanges with L. Cook re: accounting for assets (0.7). | 7.90 | 2,330.50 |
| 08/11/09 | KW | Review correspondence received from L. Cook re draft report and organizational chart. | 0.50 | 175.00 |
| 08/12/09 | SET | Receive signature and depository forms and agreements forwarded by M&I Bank (.2). Complete forms as indicated by the bank and discuss same with B. Holland and L. Cook (2.3). Telephone calls to J. Allen and C. Chafin at M&I Bank (.6). | 3.10 | 480.50 |
| 08/12/09 | KW | Review correspondence received from L. cook (.1); review correspondence received from S. Gurwitz (.1); telephone conference with L. Cook (.2). | 0.40 | 140.00 |
| 08/12/09 | JT | Review investigative file and submit report regarding | 0.50 | 85.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.     050860
Matter No.     0494097
Invoice No.     1324114

Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | property ownership by Brett W. Blackman, Joel W. Blackman and ownership for property address 12824 Century Street, Overland Park, KS. | | |
| 08/12/09 | BMH | Work with L. Cook on bank accounts and asset recovery (4.2). Telephone conferences with banks and consumers re: unauthorized charges (1.0). | 5.20 | 1,534.00 |
| 08/13/09 | SET | Telephone calls from and to potential claimants (.6). Telephone call to J. Adams and C. Chafin at M&I Bank regarding request for online services for L. Cook (.2). Final review of bank forms (.3). Review executed documents from L. Cook and send to M&I Bank for account set up (.5). | 1.60 | 248.00 |
| 08/13/09 | BMH | Telephone conferences with L. Cook and Authorize.net re: reserve account and turnover of funds (1.1). Review bank records and reserve account summaries for flow of funds and possible leads on asset recovery (7.7). | 8.80 | 2,596.00 |
| 08/14/09 | SET | Receive and return telephone calls from potential claimants. | 0.60 | 93.00 |
| 08/14/09 | KW | Telephone conference with Larry Cook. | 0.20 | 70.00 |
| 08/14/09 | BMH | Work on bank account summaries and accounting (5.7). Telephone conferences with L. Cook and S. Gurwitz re: reserve accounts (0.7). Telephone conferences with consumers and banks re: unauthorized charges (1.0). | 7.40 | 2,183.00 |
| 08/17/09 | KW | Telephone conference with L. Cook (.2); telephone conference with Carrie at Posinelli (.2). | 0.40 | 140.00 |
| 08/17/09 | CTL | Review and analyze NACHA and Reg E chargeback rules and procedures with Brian Holland. | 0.30 | 82.50 |
| 08/17/09 | BMH | Work on M&I Bank account review and analysis (1.4). Telephone calls and e-mails re: PayChex issues for employee benefits and paycheck accounts (0.7). Prepare | 4.80 | 1,416.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.        050860
Matter No.       0494097
Invoice No.      1324114

Page 9

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | for FTC asset depositions of Sevy and Blackman (0.4). Telephone conferences and review documents from Century Bank re: turnover of assets (2.3). | | |
| 08/18/09 | KW | Long distance telephone conference with L. Cook. | 0.20 | 70.00 |
| 08/18/09 | BMH | Work on Receiver's Preliminary Report and exhibits thereto (2.4). Telephone conferences with L. Cook re: case status and asset recovery (0.6). Telephone conferences with creditors and consumers re: case status (1.7). Telephone conferences with S. Gurwitz and prepare for Sevy and Blackman depositions (1.0). | 5.70 | 1,681.50 |
| 08/19/09 | KW | Review of numerous e-mails (.4); telephone conference with L. Cook (.2). | 0.60 | 210.00 |
| 08/19/09 | BMH | Work on asset recovery analysis (3.2). Telephone conferences with L. Cook and S. Gurwitz re: asset deposition prep and exhibits (0.8). Telephone conferences with consumers and banks re: unauthorized charges (0.6). Begin reviewing mail from Defendants' offices (3.2). | 7.80 | 2,301.00 |
| 08/20/09 | SET | Telephone calls from potential claimants regarding business closings (.5). Return telephone call to A. Atkinson at the US Post Office regarding transfer of mail (.1). | 0.60 | 93.00 |
| 08/20/09 | KW | Telephone conference with L. Cook. | 0.20 | 70.00 |
| 08/20/09 | BMH | Attend Sevy and Blackman depositions (3.2). Edit and finalize Receiver's Preliminary Report (3.1). Conferences with L. Cook and S. Gurwitz re: case management (2.3). | 8.60 | 2,537.00 |
| 08/21/09 | KW | Telephone conference with L. Cook (.3); telephone conference with B. Hollarn (.3);; review correspondence received from T. Rupp (.2). | 0.80 | 280.00 |

2345 Grand Boulevard
Kansas City, Missouri 64108-2618
816-292-2000, Fax 816-292-2001

# LATHROP & GAGE LLP

FEDERAL I.D. 43-0948710

Larry E. Cook, Receiver

September 30, 2009
Client No.          050860
Matter No.          0494097
Invoice No.         1324114

Page 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/21/09 | ALS | Sort and organize correspondence, complaints, invoices, orders, and returns received from post office box and various addresses of defendants. | 1.90 | 190.00 |
| 08/21/09 | NMB | Confer with B. Holland on legal team regarding receipt of 3 laptops in which he needs to verify if a certain file is present on any of the 3 laptops (.1). Discussion of utilizing in-house resources, or a 3rd party vendor to create searchable images of the laptops (.1). Communication with vendor for pricing and time estimates for this project and confer with legal team regarding vendor's response with estimates (.1). Attempt to utilize in-house resources for creation of the images (.1). | 0.40 | 64.00 |
| 08/21/09 | BMH | Work on computer hard drive imaging and analysis (4.4).  Review mail from corporate defendants' offices (3.1). Telephone conferences and e-mail exchanges with L. Cook, Court, and T. Rupp re: Receiver's Preliminary Report (1.2). | 8.70 | 2,566.50 |
| 08/24/09 | ALS | Sort and organize correspondence, complaints, invoices, orders, and returns received from post office box and various addresses of defendants. | 3.30 | 330.00 |
| 08/24/09 | NMB | Prepare laptops for vendor pickup including filling out the Chain of Custody and confer with vendor on creating an image of each. | 0.40 | 64.00 |
| 08/24/09 | BMH | Review proposed Preliminary Injunction and comment on same (0.7).  Work on sorting mail and correspondence (4.8). Telephone conferences with L. Cook re: account recovery options and preparing for PI hearing (0.8). Telephone conferences with banks and consumers re: unauthorized charges and work to resolve same (2.1). | 8.40 | 2,478.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.     050860
Matter No.    0494097
Invoice No.    1324114

Page 11

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/25/09 | ALS | Sort and organize correspondence, complaints, invoices, orders, and returns received from post office box and various addresses of defendants. | 1.80 | 180.00 |
| 08/25/09 | BMH | Work on account review and asset recovery. | 7.90 | 2,330.50 |
| 08/26/09 | ALS | Sort and organize correspondence, complaints, invoices, orders, and returns received from post office box and various addresses of defendants (.3). Search for employee paychecks in returned mail (.3). | 0.60 | 60.00 |
| 08/26/09 | BMH | Work with L. Cook re: account review and recovery (1.4). Work on account analysis and recovery targets (5.4). | 6.80 | 2,006.00 |
| 08/27/09 | ALS | Sort and organize correspondence, complaints, invoices, orders, and returns received from post office box and various addresses of defendants. | 1.60 | 160.00 |
| 08/27/09 | SET | Telephone calls from potential claimants of Landmark Publishing (.2). Telephone call to T. Ruiz at Union Bank regarding setting up signature card for myself on checking and money market accounts (.2). Request additional checks from the bank and prepare checks for vendors per L. Cook (.3). | 0.70 | 108.50 |
| 08/27/09 | BMH | Work on reviewing imaging of corporate defendants' computers for recovery options and data (8.7). Telephone conference with L. Cook re: status of computer data recovery (0.2). | 8.90 | 2,625.50 |
| 08/28/09 | ALS | Sort and organize correspondence, complaints, invoices, orders, and returns received from post office box and various addresses of defendants. | 2.80 | 280.00 |
| 08/28/09 | CVC | Analyze case status and strategy with B. Holland regarding preparation of Temporary Receiver's Response to Defendant Real Estate Buyers Financial | 0.10 | 22.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.      050860
Matter No.      0494097
Invoice No.      1324114

Page 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | Network LLC's Motion to Return Seized Property. | | |
| 08/28/09 | KW | Telephone conference with L. Cook (.20); telephone conference with L. Cook and B. Holland (.30). | 0.50 | 175.00 |
| 08/28/09 | BMH | Review various pleadings by Defendants and forward to L. Cook (2.4).  Work with S. Gurwitz re: PI Hearing preparation (1.4). Prepare for PI Hearing (2.6).  Review mail and return calls from consumers and banks (2.4). | 8.80 | 2,596.00 |
| 08/30/09 | CVC | Review Complaint, Motion for Temporary Restraining Order, Memorandum in Support of same, and Exhibits in support of same. | 1.30 | 286.00 |
| 08/31/09 | ALS | Sort and organize correspondence, complaints, invoices, orders, and returns received from post office box and various addresses of defendants. | 1.10 | 110.00 |
| 08/31/09 | CVC | Review Complaint, Motion for Temporary Restraining Order, Memorandum in Support, and Order (1.8). Draft Temporary Receiver's Response to Defendant Real Estate Buyers Financial Network LLC's Motion to Return Seized Property (2.7). | 4.50 | 990.00 |
| 08/31/09 | SET | Review and execute signature cards for accounts at Union Bank (.2). Telephone call to J. Allen at M&I Bank regarding Landmark account information (.3). | 0.50 | 77.50 |
| 08/31/09 | KW | Telephone conference with L. Cook (.20); telephone conference with B. Holland (.20); receive and review correspondence from J. Rupp (.20); prepare for P. I. Hearing (1.0). | 1.60 | 560.00 |
| 08/31/09 | BMH | Prepare for PI hearing (4.8).  Review documents, obtain additional data, and respond to REBFN's Motion for Return of Funds (5.2).  Telephone conferences with L. Cook re: PI Hearing preparation (0.6). | 10.60 | 3,127.00 |
| 09/01/09 | ALS | Sort and organize correspondence, complaints, invoices, | 2.30 | 230.00 |

2345 Grand Boulevard
Kansas City, Missouri 64108-2618
816-292-2000, Fax 816-292-2001

# LATHROP & GAGE LLP

FEDERAL I.D. 43-0948710

Larry E. Cook, Receiver

September 30, 2009
Client No.      050860
Matter No.     0494097
Invoice No.     1324114

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | orders, and returns received from post office box and various addresses of defendants. | | |
| 09/01/09 | CVC | Attend Preliminary Injunction Hearing in Topeka, Kansas. | 9.30 | 2,046.00 |
| 09/01/09 | KW | Telephone conference with L. Cook. | 0.20 | 70.00 |
| 09/01/09 | BMH | Prepare for and attend Preliminary Injunction Hearing (4.1).  Conferences with L. Cook, S. Gurwitz, G. Ivens, C. Christopher, D. Blue, and T. Rupp re: Stipulated PI Order and provisions of same (4.7). | 8.80 | 2,596.00 |
| 09/02/09 | SET | Telephone calls from and to individuals regarding business dealings and refunds on orders. | 0.30 | 46.50 |
| 09/02/09 | KW | Review correspondence received from J. Robinson re stipulated PI order. | 0.20 | 70.00 |
| 09/02/09 | BMH | Multiple telephone conferences with creditors, former employees, and consumers re: ASI and related entity transactions, invoices, chargeback and unauthorized debit activity and update L. Cook on same (3.1). Review mail forwarded from ASI and affiliates (2.2). | 5.30 | 1,563.50 |
| 09/03/09 | SET | Receive telephone calls from potential claimants regarding refunds and status of Landmark business. | 0.30 | 46.50 |
| 09/03/09 | ALS | Review and organize checks to the Grant Funding Institute (.2).  Prepare spreadsheet regarding same (.3). | 0.70 | 70.00 |
| 09/03/09 | KW | Review correspondence received from Judge Sebelius. | 0.20 | 70.00 |
| 09/03/09 | BMH | Telephone conferences and e-mail exchanges with former employees, creditors, and banks re: status of receivership and sort merchant bank account transactions (2.1).  Telephone conferences with L. Cook re: additional data needed from merchant accounts and request updates on chargebacks from merchant banks | 6.50 | 1,917.50 |

Larry E. Cook, Receiver

September 30, 2009
Client No.        050860
Matter No.      0494097
Invoice No.     1324114

Page 14

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | (1.7). Review and sort mail forwarded from ASI and affiliates (2.4). E-mail exchanges with L. Cook and C. Christopher re: computer imaging of ASI and affiliates computers and servers (0.3). | | |
| 09/04/09 | KW | Meet with L. Cook and B. Holland. | 1.00 | 350.00 |
| 09/04/09 | BMH | Respond to bank and consumer inquiries re: case status and chargebacks and unauthorized debit inquiries (2.2). Review mail and forward consumer letters to S. Gurwitz (1.4). Conference with L. Cook and K. Weltz re: case status and asset recovery (2.6). Respond to e-mail inquiries from consumers and trade creditors of ASI (0.6). | 6.80 | 2,006.00 |
| 09/08/09 | SET | Telephone call to Jess at IVIZE regarding pick up of documents at Affiliate Strategies business location. | 0.20 | 31.00 |
| 09/08/09 | KW | Receipt and review of correspondence received from S. Gurwitz re FTC response to return of property. | 0.30 | 105.00 |
| 09/08/09 | BMH | Coordinate document retrieval and boxing (0.3). Draft Supplemental response to REBFN's Motion for Return of Funds and circulate for review and final edits and file same (3.1). Locate and forward documents and exhibits requested by L. Cook (0.8). Request additional records and data from Century Bank re: chargebacks and merchant accounts (0.4). Telephone conferences and e-mail exchanges with consumers and banks re: unauthorized debits and chargeback issues from continuity program charges (1.7). Review and sort tax notices and assessments for ASI and affiliates (1.3). | 7.60 | 2,242.00 |
| 09/09/09 | ALS | Review and organize Invoices, Statements, and Notices received in the mail and prepare spreadsheet regarding same. | 2.40 | 240.00 |
| 09/09/09 | SET | Telephone calls from potential claimants (.6). Receive | 1.50 | 232.50 |

Larry E. Cook, Receiver

September 30, 2009
Client No.     050860
Matter No.    0494097
Invoice No.    1324114

Page 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | and review personal letters received from potential claimants (.5). Coordinate with Pitney Bowes and 24/7 courier service for estimates of packing up and moving files from Affiliate business location, and return telephone discussion with IVIZE regarding packing project (.4). | | |
| 09/09/09 | BMH | Work on summary of ASI and affiliate companies financial transfers and assess asset recovery (2.1). Respond to banks and consumer inquiries re: unauthorized debits (1.1). Review and sort mail (1.4). | 4.60 | 1,357.00 |
| 09/10/09 | SET | Telephone calls from potential claimants. | 0.20 | 31.00 |
| 09/10/09 | KW | Review correspondence received from L. Cook re ASI case bank records. | 0.20 | 70.00 |
| 09/10/09 | BMH | Telephone calls with consumers and banks re: unauthorized debits (0.8). Telephone calls with trade creditors re: case status and claim information (0.9). Update L. Cook on various matters (0.4). Work with N. Blake on laptop imaging (1.7). | 3.80 | 1,121.00 |
| 09/11/09 | BMH | Work with Paola Post Office re: missing mail and certified mailings (0.4). Respond to consumer and bank inquiries on debits and chargebacks (0.7). Review and sort mail received (0.8). Telephone conferences with L. Cook re: status and information requests (0.6). Review chargeback data and regulations from S. Gurwitz (1.7). | 4.20 | 1,239.00 |
| 09/14/09 | BMH | Coordinate records and computer request production from Defendants' counsel (1.2). Work with banks and consumers re: debits to accounts and with trade creditors re; case status and unpaid invoices (1.7). Work with N. Blake re: laptop imaging issues (0.3). Review and sort mail (1.6). Work with L. Cook re: documents and records requested from banks and merchant banks (1.4). Review merchant bank chargeback summary | 7.70 | 2,271.50 |

# LATHROP & GAGE LLP

Larry E. Cook, Receiver

September 30, 2009
Client No.    050860
Matter No.    0494097
Invoice No.    1324114

Page 16

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
|  |  | spreadsheets (1.5). |  |  |
| 09/15/09 | SET | Telephone calls from potential claimants regarding Landmark Publishing (.8). Meet with B. Holland to discuss spreadsheet for bank account information and begin preparation of spreadsheet (.6). | 1.40 | 217.00 |
| 09/15/09 | BMH | Conference with L. Cook to review invoices, mail, and case status (2.4). Work with banks re: asset turnover, chargebacks, and debits to consumer accounts (2.8). | 5.20 | 1,534.00 |
| 09/16/09 | SET | Continue to review and organize bank statements (.7). Telephone call to J. Allen at M&I Bank regarding obtaining bank statements for Noobing LLC and Vibrant Health (.3). Update spreadsheet regarding accounts and balances (.5). | 1.50 | 232.50 |
| 09/16/09 | BMH | Coordinate copying of computer data with Commission, L. Cook, and Defendant's counsel (0.7). Work with FirstOption bank re: records requested and accounts covered by PI Order (0.6). Return telephone calls to banks and consumers re: debits to consumer accounts (0.8). | 2.10 | 619.50 |
| 09/17/09 | SET | Meet with B. Holland to discuss bank account information for business entities (.6). Revise spreadsheet to include additional business entities and ownership information (1.2). | 1.80 | 279.00 |
| 09/17/09 | BMH | Coordinate document inspection and computer imaging with Defendants' counsel (0.4). Work on plan of liquidation (2.1). Telephone conference with Commission counsel re: outstanding issues, sharing data via Concordance or similar database, and issues related to plan of liquidation (0.4). Work with banks re: asset turnover and additional records requested (3.9). | 6.80 | 2,006.00 |
| 09/18/09 | SET | Review bank statements forwarded by the post office for | 2.60 | 403.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.       050860
Matter No.       0494097
Invoice No.      1324114

Page 17

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | additional accounts and continue to work on bank information spreadsheets re: same (2.2). Telephone calls to and from J. Allen regarding obtaining bank information concerning B. Blackman (.4). | | |
| 09/18/09 | BMH | Work on laptop imaging database (0.3). Work with FirstOption re: bank records requested (0.4). Review data and exhibits from L. Cook re: Plan of Liquidation and incorporate same (1.2). Respond to bank inquiries re: debits and chargebacks (1.1). Work on asset recovery and turnover of bank accounts to Receiver (0.6). Respond to consumer inquiries on receivership case status (1.2). Review updated financial statements from Defendants (0.6). Telephone conferences with L. Cook re: plan of liquidation (0.7). | 6.10 | 1,799.50 |
| 09/21/09 | SET | Search Kansas Secretary of State UCC website for filings regarding Affiliate, Landmark, Grant Writers and Apex Holdings (.6). Search New York Department of State for Answer Customers and obtain reports to forward to B. Holland (.4). Telephone calls from potential claimants (.8). Continue to work on bank account spreadsheets (.5). | 2.30 | 356.50 |
| 09/21/09 | BMH | Investigate former employee demand for COBRA coverage and research application of COBRA requirements to receiverships (2.1). Coordinate computer data copying by Defendants (0.4). Work with L. Cook on records to be transferred to L&G storage (0.3). Telephone conferences with banks re: chargebacks and debits to consumer accounts (1.4). Review and sort mail (1.6). | 5.80 | 1,711.00 |
| 09/22/09 | SET | Continue to review spreadsheets from Affiliate Strategies regarding all bank account information for multiple business entities (2.6). Continue to prepare spreadsheets with account information specifically | 6.10 | 945.50 |

Larry E. Cook, Receiver

September 30, 2009
Client No.     050860
Matter No.     0494097
Invoice No.    1324114

Page 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | relating to deposits into equity accounts (3.1). Emails to and from J. Allen at M&I Bank regarding accounts for B. Blackman (.4). | | |
| 09/22/09 | BMH | Research Receiver's obligation to provide COBRA benefits to terminated employees and telephone conference with L. Cook re: same (2.8). Work with banks on turnover of assets and documents requested (1.4). Respond to consumer e-mails and telephone calls (0.9). Work with L. Cook and Defendant's counsel re: document/computer server copying (1.1). | 6.20 | 1,829.00 |
| 09/23/09 | SET | Review and organize bank documents concerning B. Blackman and emails to and from J. Allen at M&I Bank re: same. | 0.20 | 31.00 |
| 09/23/09 | SET | Continue to update spreadsheets with additional bank account information and deposits regarding equity accounts. | 1.90 | 294.50 |
| 09/23/09 | BMH | Work with M&I Bank re: records and data requested on defendants (0.8). Respond to bank inquiries re: debits and chargebacks (1.4). E-mail exchange with Defendants' counsel re: plan of liquidation and provide summary of same (0.6). Review and sort mail forwarded to L&G (1.3). | 4.10 | 1,209.50 |
| 09/24/09 | SET | Revise spreadsheets regarding B. Blackman personal accounts with M&I Bank. | 0.80 | 124.00 |
| 09/24/09 | BMH | Coordinate document shipping to L&G for coding and storage (0.6). Research COBRA requirements and respond to COBRA coverage demand by former employee (1.7). Coordinate document and computer access to Defendants (0.4). Work with FirstOption and M&I bank re: records requested (0.8). Respond to bank and creditor inquiries re: receivership case status (1.6). Review intercompany transactions and capitalization of | 7.80 | 2,301.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.      050860
Matter No.     0494097
Invoice No.    1324114

Page 19

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| | | related companies and edit spreadsheet summary of same (2.7). | | |
| 09/25/09 | SET | Telephone calls from potential claimants regarding Landmark Publishing (.5). Update bank account spreadsheet (.2). Prepare Union Bank deposit and telephone call to T. Ruiz at Union Bank regarding same (.5). | 1.20 | 186.00 |
| 09/25/09 | KW | Meet with L. Cook re status. | 1.00 | 350.00 |
| 09/25/09 | BMH | Work on plan of liquidation and exhibits to same (1.8). Work with M&I Bank re: turnover of receivership assets and accounting of bank fees (0.7). Telephone conferences with L. Cook re: status and additional information needed (0.6). Respond to consumer inquiries on case status (0.6). Review L. Cook summary of bank account transactions (1.5). | 5.20 | 1,534.00 |
| 09/28/09 | BMH | Conference with L. Cook to code documents for storage and review documents and mail (1.8). Finalize plan of liquidation and work with L. Cook re: exhibits to same (4.6). | 6.40 | 1,888.00 |
| 09/29/09 | BMH | Telephone conferences with L. Cook and forward requested documents and information (1.4). Telephone conferences with Defendants' counsel re: plan of liquidation and additional documents requested from ASI offices (0.3). Work on additional data requested by L. Cook from banks and merchant accounts (1.7). Telephone conferences with banks and consumers re: status updates and status of turnover of estate property (1.3). Update accounting of capitalization of related companies (0.5). | 5.20 | 1,534.00 |
| 09/30/09 | BMH | Telephone conference with Defendants' counsel re: plan of liquidation and additional records requested for inspection (0.2). Work on discovery requests for L. | 5.40 | 1,593.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.     050860
Matter No.     0494097
Invoice No.     1324114

Page 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
|  |  | Cook and telephone conferences with L. Cook re: same (2.4). Telephone calls and e-mails to banks and merchant accounts for status updates and turnover of property to Receiver (1.1). Review and sort mail forwarded to L&G (0.6). Review and organize additional bank records (1.1). |  |  |

Due For Services:     466.60    $ 129,443.00

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Allyson L. Stewart | 18.50 | 100.00 | 1,850.00 |
| Bernadette R. McGlynn | 13.00 | 390.00 | 5,070.00 |
| Brian M. Holland | 327.10 | 295.00 | 96,494.50 |
| Craig T. Limbocker | 0.30 | 275.00 | 82.50 |
| Crystanna V. Cox | 15.20 | 220.00 | 3,344.00 |
| Joe Twardowski | 4.00 | 170.00 | 680.00 |
| Ken Weltz | 41.20 | 350.00 | 14,420.00 |
| Melissa Hoag Sherman | 1.40 | 270.00 | 378.00 |
| Nicole M. Blake | 1.90 | 160.00 | 304.00 |
| Susan E. Timper | 44.00 | 155.00 | 6,820.00 |
|  |  |  | $ 129,443.00 |

Larry E. Cook, Receiver

September 30, 2009
Client No.      050860
Matter No.      0494097
Invoice No.      1324114

Page 21

Costs incurred through September 30, 2009:

| Description | Date | Amount |
|---|---|---|
| Outside Copying - Clerk, US District Court 4 certified copies of Initial Complaint and TRO with Asset Freeze | 07/27/09 | 101.20 |
| Court Fees - Clerk, US District Court Filing fee to register a foreign judgment | 07/27/09 | 39.00 |
| Court Fees - Clerk, US District Court Filing fee to register a foreign judgment | 07/27/09 | 39.00 |
| Court Fees - Clerk, US District Court Filing fee to register a foreign judgment | 07/27/09 | 39.00 |
| Court Fees - Clerk, US District Court Filing fee to register a foreign judgment | 07/28/09 | 39.00 |
| Outside Copying - United States District Court 2 certified copies of initial Complaint and TRO with Asset Freeze entered on 7/24/09 | 07/28/09 | 50.60 |
| Court Fees - United States District Court Filing fee to register foreign judgment | 07/29/09 | 39.00 |
| Court Fees - United States District Court Filing fee to register foreign judgment | 07/29/09 | 39.00 |
| Court Fees - Clerk, US District Court Filing fee to register foreign judgment | 07/30/09 | 39.00 |
| Outside Copying - Clerk, US District Court 1 certified copy of initial Complaint and TRO with Asset Freeze entered 7/24/09 for Arizona and two additional copies | 07/30/09 | 75.90 |
| Online Research - Accurint - Account #1022544 | 07/31/09 | 17.00 |
| Online Research - Accurint - Account #1022544 | 08/04/09 | 45.25 |
| Out-of-town Travel - American Express Reilly NYC to Rochester | 08/06/09 | 174.60 |
| Out-of-town Travel - American Express Reilly Rochester to NYC | 08/06/09 | 321.20 |
| Meals - Bernadette McGlynn-Reilly Rochester NY 08/06/09 | 08/06/09 | 11.31 |
| Local Travel - Bernadette McGlynn-Reilly Rochester NY 08/06/09 | 08/06/09 | 90.06 |
| Other Expenses - IVIZEof Kansas City, LLC Data transfer from laptop to external hard drives | 08/31/09 | 269.31 |
| Local Travel - Brian Holland Hearing in Topeka, KS | 09/01/09 | 8.45 |
| Other Expenses - Equipment purchase - two external hard drives to house electronic data | 09/17/09 | 173.74 |
| Photocopies | | 1,052.13 |
| Facsimile | | 3.00 |
| Telephone | | 84.06 |
| Delivery Services | | 801.42 |
| Online Research - Lexis | | 1,659.30 |
| Online Research - Westlaw | | 140.59 |

Due For Costs:      $    5,352.12

2345 Grand Boulevard
Kansas City, Missouri 64108-2618
816-292-2000, Fax 816-292-2001

# LATHROP & GAGE LLP

FEDERAL I.D. 43-0948710

Larry E. Cook, Receiver

September 30, 2009
Client No.    050860
Matter No.    0494097
Invoice No.    1324114

Page 22

TOTAL THIS INVOICE:    $ 134,795.12

TOTAL BALANCE DUE:    $ 134,795.12