COURT RECEIVER SERVICES INC.
LARRY E. COOK, CFE
Court Receiver
14904 W. 87th St. Pkwy, #333
Lenexa, Kansas 66215
913-894-6755

## STATEMENT OF FEES & EXPENSES

FTC, et al., vs. Affiliate Strategies Inc, et al.
United States District Court for the District of Kansas
Civil Action No. 5:09-CV-04104-JAR-KGS

**Professional Fees:**

| | |
|---|---|
| *July 21, 2009 to September 30, 2009* | |
| *Larry Cook, Receiver---- 446.75 hours @ 230.00 per hr* | $102,752.50 |
| *Lori Thurber, Assistant--- 6.0 hours @ $95.00 per hr* | $ 570.00 |
| *Mary Cook, Assistant---- 20.75 hours @ $95.00 per hr* | $ 2,541.25 |
| Total Professional Fees: | $105,293.75 |

**Receiver Expenses:**

| | |
|---|---|
| *Mileage- 624 miles @ .60 per mile* | $ 374.40 |
| *Miscellaneous expenses (tolls, parking, supplies)* | $ 91.07 |
| Total Expenses | $ 465.47 |

**Total professional fees and expenses to Receiver:**     $105,759.22

CC 2145500v1

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 7/21/2009 | LC | Review FTC complaint and exhibits; review FTC Memorandum in Support of TRO and 40 exhibits; meeting with Brian Holland and Kenneth Weltz; drive to ASI offices and observe activity; telephone calls from and to Gary Ivens; telephone calls from and to Holland and Weltz; | 5.25 | 15 | | | |
| 7/22/2009 | LC | Review FTC Memorandum and supporting declarations from Kansas AG, Minnesota AG, and North Carolina AG and exhibits; review Response filed by defendants counsel; drive to Topeka and attend hearing in US District Court; meet with defendants attorneys at courthouse; drive to Kansas City and meet with Kenneth Weltz and Brian Holland; | 9.50 | 133 | | 11.50 | turnpike toll and parking in Topeka |
| 7/23/2009 | LC | Meeting with Kenneth Weltz and Brian Holland at their office; meeting with Tony Rupp, Randy Schwartz, and Carey Supple attorneys for ASI et al; telephone calls with Gary Ivens and Carmen Christopher; enter ASI offices and take control of premises; secure premises and start review of records; interview of Ed Sammarco; work with FTC and KS AG personnel to examine records; | 10.50 | | | | |
| 7/24/2009 | LC | Meeting with Kenneth Weltz; meet with FTC and KS AG attorneys; meet with Randy Schultz; interview with Brett Blackman; interview with Kris Rogers; several telephone calls with Tony Rupp and Weltz; additional meetings with FTC; inspect records at ASI offices; review copies of tax returns for ASI, Apex International and Landmark Publishing Group; telephone calls with Kris Rogers to arrange copying of hard drives on servers at CAS in Paola; review June 09 balance sheets for several ASI entities; meet with Jordan Sevy; meet with Jim Rulison; | 10.00 | | | | |
| 7/25/2009 | LC | Call from Bryan Brubaker, CACI; meet Brubaker at ASI office; call building landlord; call to Ed Sammarco; call to Tab Hicks; meeting with Hicks to restart access control system; meet with Brubaker on database transfers; review records at ASI office; telephone call from Kenneth Weltz; review TRO; email from Brian Holland; write interview reports on Brett Blackman and Kris Rogers; create list of ASI related bank accounts; create list of known ASI companies; | 9.50 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 7/26/2009 | LC | Review ASI, GWI, and LPG financial statements; create bank accounts spreadsheet; create companies spreadsheet; emails from and to Brian Holland; create planning spreadsheet; emails to Gary Ivens and Carmen Christopher; | 4.50 | | | | |
| 7/27/2009 | LC | Meeting with Ken Weltz and Brian Holland at their office; check ASI office location; telephone call from building landlord reference security alarm activation; contact security alarm vendor and meet them at ASI office to disable intrusion alarm; drive to Paola, Ks; telephone call to Todd Pittman, CPA; meet with Kris Rogers at Custom Accounting Services; obtain copy of tax returns and other relevant documents; inventory property at two ASI office locations; go to Great Southern Bank and serve TRO; drive back to KC; telephone call to Brian Holland; telephone call to building landlord; | 10.50 | 93 | | 50.00 | Kansas City Security Systems service call |
| 7/28/2009 | LC | Telephone calls to and from Ken Weltz; telephone calls to and from Brian Holland; telephone calls from Steve Gurwitz; telephone calls to and from Kris Rogers; telephone calls to and from Jim Rulison; telephone calls to and from Gayla Hissong; telephone calls to and from Susan Timper; telephone calls to and from Todd Pittman; emails to and from Gurwitz, Weltz, Holland, Rogers, and Rulison, and Pittman; check ASI office and review mail; activate landlord access control security card; telephone calls to and from Tab Hicks; scan ASI related entities tax returns and send to Pittman; telephone call from Mark Maples with Great Southern Bank; write interview notes from Rogers interview on 7/27 | 10.00 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 7/29/2009 | LC | Telephone call from Kenneth Weltz; emails from Steve Gurwitz; review spreadsheet from Century Bankcards; conference call with Brian Holland and Weltz; conference call with Holland, Weltz, and Gurwitz; conference call with Holland, Weltz, Gurwitz, and Century Bankcard owners; telephone call from Todd Pittman; telephone call from Kris Rogers; emails to and from Pittman and Rogers; review employee list; telephone calls to Delynna McFather; telephone calls to and from Weltz; telephone calls to and from Holland; telephone calls to and from Ed Sammarco; draft content for receivership web site and send to Bryan Rogers at Webplanning; go to ASI offices and review records; | 9.50 | | | | |
| 7/30/2009 | LC | Emails from and to Mark Maples at Great Southern Bank; telephone calls to and from Kenneth Weltz; review ASI records; review defendants financial statements; meeting with Ken Weltz to prepare for status conference; emails from and to Kris Rogers; telephone call to Rogers; emails to and from Todd Pittman; status conference call with Judge Robinson; emails to and from Susan Timper and Brian Holland; email from and to Myron Trafelet reference claim on estate; conference call with Weltz and Steven Gurwitz and Amy Fici at Paychex; go to ASI office and review files; telephone call from Weltz; telephone call from Todd Pittman; review accounting spreadsheets from Pittman; | 9.00 | | | | |
| 7/31/2009 | LC | Emails from and to Todd Pittman; fax spreadsheets to Pittman; telephone call from Kenneth Weltz; review information from Great Southern Bank; telephone call from Ed Sammarco; email to Kris Rogers; conference call with Weltz and Steve Gurwitz; go to ASI offices and meet with Sammarco and Brett Sies to shut down idle servers and locate additional IT hardware; remain at offices until 4pm to allow defendants, employees, and vendors to remove personal property;telephone calls from and to Brian Holland; emails from and to Susan Timper; | 8.00 | | | | |
| 8/2/2009 | LC | Review accounting records for ASI, GWI, LPG, and Apex Holdings | 5.50 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 8/3/2009 | LC | Emails to and from Kenneth Weltz; telephone calls to and from Weltz; emails from and to Kris Rogers; telephone call to Allyson Stewart; telephone call to Susan Timper; telephone call from Gayla Hussing; email to Bryan Rogers for receivership web site; call from Gayla Hissong; got to ASI offices and meet with landlord and upstairs tenant; examine access control error and disable system; telephone calls from and to Brian Holland; conference call with Weltz and Holland; review accounting records for ASI related entities; review Defendants Motion to Continue PI hearing; | 8.50 | | | | |
| 8/4/2009 | LC | Review email and accounting report from Todd Pitman; emails to and from Pitman; telephone call to Pitman; email EIN numbers for corporate defendants to Brian Holland for IRS receivership notification; drive to ASI office to review original copy of receiver's bond; drive to Lind Merrill to obtain records; telephone call to Touchstar Software Corporation regarding resale of Touchstar Call Center software and equipment; file bond with Court; telephone calls to and from Holland; review accounting records; telephone calls from contract employee of LPG; | 8.00 | | | | |
| 8/5/2009 | LC | Telephone call from Todd Pitman to discuss request for additional information; emails from and to Susan Timper; review Accurint reports on individual defendants; email Authorize. Net information to Holland and Dani Schneider; email from Bryan Rogers; review receivership web site and send changes to Rogers; upload court filings to receivership web site; contact Brett Seimens to redirect ASI related web sites to receivership web site; telephone call from Carmen Christopher; telephone call from Kenneth Weltz; call from Brett Seimens; telephone call from Marya Jones, ASI HR Director reference 401K transfers; telephone call from Veronica Escala reference ASI vehicle; emails from and to Brian Holland; | 9.25 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 8/6/2009 | LC | Emails from and to Brian Holland; review Order to Continue Hearing; test redirection acitivity from ASI web sites to receivership web site; upload files to receivership web site; emails from and to ASI customers; telephone call to Todd Pitman; review updated accounting reports from Pitman; complete and file IRS Form 54 for each corporate defendant; telephone calls to and from Brian Holland; emails from and to Susan Timper; research blue book value on 2003 Saturn; telephone calls to and from Veronica Escala; go to ASI offices and search for documents; email to Kris Rogers; emails to and from Pitman; | 8.00 | | | | |
| 8/7/2009 | LC | Emails to and from Susan Timper; email from Kris Rogers; telephone call from Veronica Escala; telephone calls from Brett Blackman; emails from and to consumers; telephone call from Aramark service tech; go to ASI offices and supervise removal of Aramark equipment; allow upstairs tenant access to utility room; allow Brett Blackman access to laptop computer to copy files; supervise removal of Blackman personal desk, chair and filing cabinet; telephone calls to and from Brian Holland; email from Eagle Research Associates; telephone call to Lynn Edgington at Eagle Research; | 9.50 | | | | |
| 8/10/2009 | LC | Email from Todd Pitman; emails to and from Kris Rogers; emails to and from Brian Holland; emails to and from Kenneth Weltz; telephone call from Weltz; go with staff to ASI offices and begin inventory of furnishings and equipment; lunch meeting with Holland and Weltz; return to ASI offices to work on inventory; retrieve laptops from Weltz; telephone calls to Tab Hicks; telephone call to Brett Siemons; telephone calls to and from Brian Holland; review wire transfers into Union Bank receivership account; emails to and from Bryan Rogers regarding errors on web site; telephone call to Tab Hicks on laptop inventory; email to Andy Barrows; | 8.00 | | | | |
| 8/10/2009 | MC | Inventory furnishings and equipment at 11644 W. 75 St. | 7.50 | | | | |
| 8/10/2009 | LT | Inventory furnishings and equipment at 11644 W. 75 St. | 6.00 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 8/11/2009 | LC | Emails from and to Lynn Edgington; emails from and to consumers and vendors; telephone calls to and from Brian Holland; telephone call from James Rulison; emails from Andy Barrows; emails to and from Holland; emails to Kenneth Weltz; review Balance Sheets for GQI and LPG; review Authorize.Net application by GWI; telephone call to Dani Schneider at FTC; telephone call to legal department at Cybersource; email to legal at Cybersource; telephone call to Tab Hicks; go to ASI offices and search for information on computer; work on draft of preliminary report; telephone call from Mark Bowers at Cybersource; | 8.00 | | | | |
| 8/12/2009 | LC | Emails from and to consumers; emails from and to ASI employees; emails to and from Kris Rogers; telephone call to Tab Hicks; telephone call to Brett Siemons; emails to Brian Holland and Susan Timper; telephone call to Allyson Stewart; telephone call to Susan Timper; telephone call to Mark Hargrave; email to Kenneth Weltz; call from Weltz; telephone call from Holland; telephone call from Mark Bowers; conference call with Holland and Steven Gurwitz; emails from Gurwitz; review sworn statement from M&I Bank; review Blackman financial statement of unknown origin; work on draft of preliminary report to Court; email draft report to Holland and Weltz; telephone call to Garrett Daehnke at Paychex; draft and send request to Paychex for employee access to 401K accounts; | 8.50 | | | | |
| 8/13/2009 | LC | Review email from Garrett Daehnke; send Paychex 401K info to Holland; calls to and from Holland; call to Todd Pitman; emails from and to consumers; emails from and to Susan Timper; review financial spreadsheets and send copies to Steve Gurwitz; calls from and to Craig Enloe; conference call with Holland, Steve Gurwitz, and Authorize.Net Mark Bowers; call from Marya Jones; email from Kris Rogers; emails from and to Pitman; review spreadsheet sent by Steve Clark at Century Bank; telephone call with Holland on Century Bank; review FTC Memo in Support of TRO for Nossov information; review Dani Schneider delcaration; telephone call from Kenneth Weltz; | 8.00 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 8/14/2009 | LC | Telephone call from Kenneth Weltz; emails from and to Steve Gurwitz; telephone calls from and to Brian Holland; emails from and to consumers; review Spreadsheets and Narrative Report by Todd Pittman; conference call with Gurwitz, Pittman, and Jack Crowley; conference call with Gurwitz and Amy Fici at Paychex; conference call with Holland and Weltz; telephone call from Craig Enloe; emails from and to Holland; review bank records produced by Great Southern Bank for defendants accounts; telephone call and message to Brett Siemons; | 8.00 | | | | |
| 8/16/2009 | LC | Review files and work on draft of preliminary report to the Court; | 3.25 | | | | |
| 8/17/2009 | LC | Telephone call from corporate collections at Paychex reference employee flexible spending accounts; telephone call to Kenneth Weltz; emails from and to Chris Chaffin at M&I Bank; telephone calls to and from Brian Holland; conference call with Holland and Paychex corporate collections department; telephone call with M&I Bank online support staff; conference call with Holland and Steve Gurwitz; telephone call from Meghan Barns at Kanas AG; call from Ryan Debot; calls from and to M&I Bank; review M&I bank accounts online; conference call with Holland and Steve Clark at Century Bank Card; emails to Holland; | 9.00 | | | | |
| 8/18/2009 | LC | Emails from and to consumers; telephone call from consumer; emails from and to Brian Holland; telephone call from Ryan Debot; telephone call from Steve Gurwitz; conference call with Gurwitz and Meghan Barnds; emails from and to Gurwitz; telephone call Kenneth Weltz; email to Barnds; telephone call from Holland; fax from Mark Bowers at Cybersource; review banks account records at M&I Bank; | 8.00 | | | | |
| 8/19/2009 | LC | Emails from and to consumers; emails from Carmen Christopher; emails from Brian Holland; go to ASI offices and meet Ryan Debok for inventory review and bid information; emails to Debok; telephone call from Holland; meet with Steve Gurwitz; meet with Gurwitz and Warren Gilpin; prepare for asset depositions on 8/20 | 8.00 | 42 | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 8/20/2009 | LC | Prepare for depositions; meeting with Meghan Barnds, Steve Gurwitz, and Brian Holland; depositions of Jason Sevy and Brett Blackman; go to ASI offices and transfer laptop computers to Lathrop Gage for examination; work with Holland to finalize Receiver's Preliminary Report to the Court; meeting with Gurwitz and Holland; | 8.00 | | | | |
| 8/21/2009 | LC | Emails from and to consumers; emails from and to Brian Holland; telephone calls from and to Holland; telephone calls from and to Kenneth Weltz; meet Meghan Barnds, AG investigators, and Steve Gurwitz at ASI offices to conduct interviews of five ASI employees; meet with Unisource vendor and arrange for removal of leased copy machine; review technology equipment inventory, telepone call from and to Marya Jones; emails from and to Jones; emails from and to Michael Smith; post Receiver Preliminary Report to receivership web site; telephone calls to and from Mark Bowers at Cybersource/Authorize.net; | 9.00 | | | | |
| 8/22/2009 | LC | Review account information and spreadsheets for LPG and GWI accounts at Authorize.Net; send information to Brian Holland; emails to and from Holland; go to ASI offices on 75th St. and remove trash and clean kitchen area; review records at ASI office | 3.75 | | | | |
| 8/24/2009 | LC | Emails from and to consumers; emails to and from Todd Pitman; email from Judge Robinson's court; email from Carmen Christopher; review three versions of proposed stipulated preliminary injunction; telephone call to Brian Holland; conference call with Steve Gurwitz and Christopher; call from Holland; call from Pitman; prepare spreadsheet of Laptop computers located and serial numbers; review spreadsheets prepared by Pitman on Executive Expenses from ASI; emails to Gurwitz and Meghan Barnds; | 6.25 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 8/25/2009 | LC | Emails from and to consumers; calls from consumers; email from Steve Gurwitz; review bank account records at M&I Bank; emails to and from Meghan Barnds; telephone call from Gayla Hissong; go to ASI offices and allow access to HVAC room to change out broken water heater; review records at ASI offices; telephone call to Brian Holland; telephone call to Ed Sammarco; review company formation documents for companies formed in Belize and Nevis; draft email to Kris Rogers for production of documents; review ASI-Apex-M310 organizational charts; emails to Holland; | 6.50 | | | | |
| 8/26/2009 | LC | Emails from and to consumers; calls from consumers; telephone call from Brian Holland; emails to and from Kris Rogers; review bank account records at M&I Bank online; review Quick Book accounting files; review personal financial disclosure filed by Blackman; email account information to Holland; call to Gayla Hissong; telephone calls to and from Todd Pitman; review email from Steve Gurwitz on Finger Lakes Web Answering; review domain registration records for FLWA; review internet archive for FLWA; review domain registrations for jobsbasedfromhome.net and associatedorderprocessors.com; review Rulison financial disclosure forms; draft inquiry letter and send to Jim Rulison; response from Rulison; emails to and from Holland; emails to and from Gurwitz and Carmen Christopher; access and download online report for LPG from M&I Bank and send to Gurwitz; emails from and to Rulison; | 8.00 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 8/27/2007 | LC | Emails from and to consumers; email from Chris Rieple; review offer for Touchstar equipment; review contract for Touchstar service; review Defendant's Supplemental Objection to PI and 100+ pages of exhibits; review Nossov Motion to Dismiss; review REFBN's Memo in Support of Motion to Return Century Bank Funds; review Landmark Publishing Group Answer and Affirmative Defenses; post all new legal filings to the receivership web site; telephone call to Tab Hicks; telephone call to Ed Sanmarco; emails to and from Meghan Barnds; telephone call from Kenneth Weltz; emails from and to Jim Rulison; bid solicitation emails to telephone equipment dealers for bids on telephone system; review Declaration of Julie Daniel with North Carolina Attorney General's office; telephone call from Holland; telephone call from potential bidder on Touchstar equipment; | 9.75 | | | | |
| 8/28/2009 | LC | Emails from and to consumers; telephone call from Shred-It reference invoice and container pick up; telephone call from Mike Belmonte at Surplus Master on telephone hand sets; research VOIP equipment market; email from Jim Rulison; telephone call from Kenneth Weltz; conference call with Weltz and Brian Holland; emails to and from Holland; telephone call from Clay Smith; review ASI bank accounts at Great Southern Bank; work with Holland over the telephone on drafting declaration for FTC; conference call with Holland and Steve Gurwitz; emails to and from Kris Rogers; telephone calls to M&I Treasury Services department for clarification of Noobing transaction in LPG account; review and sign final draft of declaration; go to ASI offices to search files for Touchstar information; telephone call from Holland; emails from and to Gurwitz; email inventory list of phone sets to Mike Belafonte; email to Chris Rieple at Touchstar; review Defendant's Objections to Receiver's Preliminary Report; | 9.50 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 8/30/2009 | LC | Review Defendant's Objections to Receiver's Report; review Receiver's Preliminary Report; draft responses; review FTC's Reply to Defendant's Opposition to PI; review FTC's Memo in Support of Reply to Defendant (REBFN) Response; upload all filings to the receivership web site; review Answer Customers LLC spreadsheets for Quick Book files; emails from and to Lynn Edgington; telephone call from Brian Holland; email from Tony Rupp re status conference with Judge Robinson; | 4.00 | | | | |
| 8/31/2009 | LC | Emails from and to consumers; telephone call from former employee; emails to and from Todd Pitman; telephone call from Pitman; review bank account records online at M&I Bank; meet vendor at ASI offices to remove property; meeting with Steve Gunwitz; telephone calls from Brian Holland; telephone calls to and from Kenneth Weltz; emails from and to Holland; attend FTC interviews of Vicki Smith and Colleen Hegarty; telephone calls from and to Todd Plecher at Touchstar; review notes, orders, and memorandum to prepare for hearing in Topeka; | 8.50 | | | | |
| 9/1/2009 | LC | Drive to Topeka; meet with Brian Holland and Crystanna Cox; attend PI Hearing at US District Court; meeting with Steve Gunwitz; Carmen Christopher; meet with Daniel Blue; drive back to Kansas City; telephone call from Kenneth Weltz; | 8.00 | 140 | 9.50 | 10.00 | turnpike toll and parking in Topeka |
| 9/2/2009 | LC | Emails from and to consumers; telephone call to Mitchell Schatz w/ JJS&A; emails from and to Ryan Debok; review valuation and bid from Debok for furniture and equipment at ASI office; emails from and to Shawn Jones on servers; emails to Brian Holland; telephone call to RJOS Office Supply for furniture bid solicitation; telephone call to Kenneth Weltz; call to Holland; email to office liquidation company in Denver for bid solicitation; telephone call from Mr. Suha at AtoZ Computers; prepare list of equipment and email to Suha for bid; telephone call from Holland; telephone call to Sprint Finance Dept on discontinue of leased line and property inquiry; internet research on National Marketing Resources and Wealth Power/Justin Ely; emails to Gunwitz and Christopher; | 6.75 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 9/3/2009 | LC | Emails from and to consumers; emails to Brian Holland; telephone call from and to Jim Rulison; emails from and to Kris Rogers; telephone call from Mr. Suha; telephone call from Mike Kolich ROS Office supply buyer; process interior pictures of ASI office and send to RJOS with inventory list; telephone call from Holland; telephone call from Brett Blackman; email from Kolich; emails from and to Jim Rulison; emails from and to Lynn Edgington; emails from Holland; review PI order and call Holland; emails to Steve Gurwitz; emails to and from Carmen Christopher; email to Kimberly Toft at Sprint on service cancellation and invoice; telephone call to Net Standard reference servers hosted for ASI; email to Leo Hart at Net Standard; upload copies of PI order and declaration to receivership web site; telephone call from Clay Smith at ICTG on bidding process; call to Holland on First Option Bank records; | 7.25 | | | | |
| 9/4/2009 | LC | Emails from and to consumers; email from Brian Holland; emails from and to Leo Hart; telephone call from and to Hart; telephone call to Tab Hicks; telephone call from Gayla Hissong; telephone call to Touchstar Communications; prepare for legal planning meeting with Holland and Kenneth Weitz; telephone call from Weitz; go to ASI offices and take photographs of equipment for sale; emails from and to Kris Rogers; meeting with Weitz and Holland for planning; email equipment photos to ROS Office Supply; email from Hart on removal of servers; emails from Steve Gurwitz; review legal decisions on chargeback issues; | 8.00 | 38 | | | |
| 9/7/2009 | LC | Emails from and to consumers; email from and to Leo Hart; telephone message to Tab Hicks; telephone message to Veronica Eskala; emails from and to Vicki Smith; email from Kris Rogers; emails to Steve Gurwitz and Carmen Christopher; go to ASI offices and search IT offices for information on content of servers at Net Standard; | 2.50 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 9/8/2009 | LC | Emails from and to consumers; telephone call from Mike Reed; telephone call to Meghan Barnds; email from Colleen Hagerty; emails from and to Jim Rulison; email to Parker Software for Rulison request; research HACFRL site and services; emails to Steve Gurwitz and Carmen Christopher; telephone call to Brett Blackman; telephone conference call with Gurwitz and Christopher; telephone call from Sheryl Caldwell; email to Rulison reference Caldwell complaint; review sales contract between ASI and Finger Lakes Answering Services; telephone call from Clay Smith w/ ICTG; telephone call from Brett Siemons; telephone call from Kris Rogers; email from Siemons; telephone call from Christopher; email to Leo Hart at Net Standard; telephone call to and from Mark Janczewski at M&I Bank; telephone calls to and from Brian Holland; emails to and from Holland; review drafts and telephone conferences with Brian Holland to prepare response to Nossov motion to return century bank merchant account funds; | 9.50 | | | | |
| 9/9/2009 | LC | Emails from and to consumers; email from and to Ohio Employment Security agency; telephone call from Gayla Hissong; drive to Paola, Kansas; meet with Kris Rogers at Custom Accounting Services; search files at office at 302 Wea; box up files and drive back to Lenexa; telephone call from Kenneth Weltz; telephone call from and to Jim Hissong; email from Mr. Suha; emails from and to Carmen Christopher; review files on NMR revenues and payments from invoices at GWI and ASI; telephone call from consumer; telephone call from and to Brian Holland; | 9.00 | 85 | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 9/10/2009 | LC | Emails from and to consumers; email to and from Chris Rieple at Touchstar; emails from and to Ryan Debok; telephone call from Brian Holland; conference call with Holland and Kenneth Weltz; emails from and to Carmen Christopher; telephone calls from consumers; emails to Todd Pitman; email M&I bank account information to Holland; telephone call from Jim Hissong; telephone call to Mike Kolich at ROS Office Supply; review bid from Touchstar and respond with offer; review bid from Debok; work on spreadsheet for bank records documenting transfers to and from REBFN, NMR, and Wealth Power; | 8.00 | | | | |
| 9/11/2009 | LC | Emails from and to consumers; email from Marya Jones; emails from and to Chris Rieple; telephone call and email to Mike Kolich; take CAS laptops to ASI office and update laptop inventory; meet Jim and Gayla Hissong at ASI offices and review inventory of contents; telephone call to Victoria Eskala; email inventory list to Jim Hissong; telephone call to Brian Holland; emails to and from Holland; continue reviewing wire transfers into GWI account and preparing spreadsheet; review online accounts at M&I Bank; | 8.00 | | | | |
| 9/14/2009 | LC | Emails from and to consumers; emails from and to Todd Pitman; review financial information summary from Pitman and send request for other data; review GWI and ASI bank records and QB files; emails to and from Meghan Barnds; telephone calls to and from Brian Holland; emails to and from Holland and Kenneth Weltz; emails to and from Carmen Christopher and Steven Gunwitz; telephone call from Christopher; conference call with Christopher and FTC IT manager; review email from Carey Supple for records access; telephone calls from consumers; telephone calls from vendors and creditors; | 8.00 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 9/15/2009 | LC | Emails from and to consumers; telephone calls from consumers and vendors; meeting with Brian Holland and review accumulated mail, bank statements, correspondence, invoices, etc. at Lathrop Gage; conference calls with Holland, Carmen Christopher, and Steve Gurwitz; telephone call with Kenneth Weltz; telephone calls from and to Jim Hissong on purchase of ASI property; telephone call from Kris Rogers; go to Net Standard and meet with Leo Hart and Dave McCabe; examine servers located at Net Standard; email to Kris Rogers; email from Chris Rieple at Touchstar; | 8.00 | | | | |
| 9/16/2009 | LC | Emails from and to consumers; telephone call from FTC computer contractor; emails to and from Carmen Christopher; emails to and from Brian Holland; emails to Leo Hart and Dave McCabe at Net Standard; emails to and from Kris Rogers; telephone calls to and from Jim Hissong; telephone call to Veronica Escala on Saturn automobile; email from Dave McCabe; meet Jim Hissong at ASI office and discuss purchase of assets and automobile; review files at ASI office and box files for storage; telephone call to Ed Sammarco; telephone call to Brian Holland; emails from and to Mike Reed; write notes on telephone interview; telephone call to Pitney Bowes leasing department; | 8.00 | | | | |
| 9/17/2009 | LC | Emails from and to consumers; emails from and to vendors; telephone call from consumer; meet FTC contractor at Net Standard to copy files from servers; telephone calls to and from Brian Holland; telephone call to Leo Hart; telephone calls from and to Gayla Hissong; draft exhibit list for records demands to First Option Bank and M&I Bank; draft exhibit list for subpoenas to Martin Nossov, REBFN, and National Marketing Resources LLC; telephone call from Todd Pitman; email from Pitman; review ASI and GWI bank account spreadsheets and draft response to Pitman; telephone interview of Jackie Trickett reference revenue to and payments from NMR; call from FTC contractor; upload Receiver's Reply and FTC Opposition to REBFN motion to receivership web site; email to Kris Rogers | 8.00 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|------|-------|----------|-----|---------|-------|-------|-------|
| 9/18/2009 | LC | Emails from and to consumers; email from Shawn Jones; telephone call from FTC contractor; email to Chris Rieple at Touchstar; telephone call from Tom Marsden; go to ASI offices to review files and pack into boxes for storage; emails to and from Brian Holland; telephone calls to and from Holland; telephone call from Todd Pitman to discuss income and expense reports; email to Kris Rogers for income and expense information; review contracts, correspondence, and emails on CD-ROM sent by FTC; email from Gera Coates at First Option Bank; review spreadsheet from First Option; | 8.00 | | | 19.57 | purchase bankers boxes for file storage |
| 9/18/2009 | MC | Assist Receiver with packing files for storage and removing trash from office at 11644 W. 75th | 3.50 | | | | |
| 9/19/2009 | LC | Emails from and to consumers; email to Shawn Jones; telephone call from Ryan Debok; email to Debok; | 0.75 | | | | |
| 9/21/2009 | MC | Assist Receiver with packing files for storage and removing trash from office at 11644 W. 75th | 5.00 | | | | |
| 9/21/2009 | LC | Emails from and to consumers; emails to and from Brian Holland; telephone call from Karen Reed; telephone call to Shawn Jones; go to ASI offices to review and box records for storage; telephone calls from and to Brett Blackman; telephone calls to and from Matt Thomas; telephone call to Chris Rieple; telephone calls from and to Brian Holland; call to Kenneth Weltz; telephone call from Jim Hissong; email from Jim Rulison; | 8.00 | | | | |
| 9/22/2009 | LC | Emails from and to consumers; emails to and from Brian Holland; go to Net Standard and meet w/ Shawn Jones for examination of servers; go to ASI offices on 75th and continue review and boxing of files for storage; go to Net Standard and meet with Brett Siemons for copying of server files for Blackman attorney; return to ASI offices to continue review and boxing of files; telephone calls to and from Holland; telephone call from Brett Blackman; telephone call to Matt Thomas; telephone call to Mike for waverunner bid; Hissong; emails from and to Kris Rogers; email to Chris Rieple; telephone call to David Marsden; telephone call to Jim Rieple; telephone call to Tab Hicks; telephone call from FEDEX collection department; | 9.00 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 9/22/2009 | MC | Assist Receiver with packing files for storage and removing trash from office at 11644 W. 75th | 4.75 | | | | |
| 9/23/2009 | LC | Emails from and to consumers; emails from and to former ASI call center employees; telephone call from Matt Thomas; email to Brian Holland; emails to Susan Timper; telephone call from David Marsden; telephone calls from and to Don Sowa at Sprint collection department; telephone call to Airspringe Corporation regarding leased equipment at Net Standard; review bank accounts records for receivership corporate defendant accounts at M&I Bank; review company financial statements; research information on Solid Trust Pay Global Payment System; telephone call to Steve Gurwitz; emails to and from Allison Stewart; telephone interview of Yolanda Hitt; emails from and to Hitt; telephone call from Jesse Alonzo at Airespring; write interview notes on Hitt interview; email from Alonzo; telephone call to Kris Rogers; | 9.00 | | | | |
| 9/24/2009 | LC | Emails from and to consumers; telephone calls from consumers; telephone call to Chris Rieple; drive to Paola, KS and meet with Kris Rogers; go to 302 E. Wea CAS office and review and box accounting files; load files into truck; drive to Overland Park and load boxes of ASI files from ASI office into truck; several telephone calls from and to Brian Holland; telephone call from Jim Hissong; telephone call from Rogers; | 8.75 | 78 | | | |
| 9/25/2009 | LC | Emails from and to consumers; telephone call from Ron Sowa at Sprint; email from Jesse Alonzo; telephone call from Mark Unrein; telephone call from Kenneth Weltz; email to Shawn Jones; telephone calls from consumer and creditors; meet contractors at ASI offices and load returned books for recycling; meeting with Ken Weltz; email from Pitney Bowes; go to ASI offices and box postage meters and ship back to Pitney Bowes; telephone call to Chris Rieple; telephone call to Brian Holland; update ASI inventory; telephone call to Upstate Office Liquidators reference Answer Customers bid; | 8.00 | | | | |

| Date | Staff | Activity | Hrs | Mileage | Meals | Other | Notes |
|---|---|---|---|---|---|---|---|
| 9/28/2009 | LC | Emails from and to consumers and contractors; research prices for computer equipment at Netstandard; meeting at Lathrop & Gage with Brian Holland; create index list of records for storage from 75th St offices and Paola office; go to ASI offices and store laptops; return to office and review files copied from laptop computers used by Mike Reed; telephone calls to and from Shawn Jones; email from Jon Honda; emails from and to Shawn Jones; email from Jon Honda; telephone call from Honda; emails to and from Dave McCabe and Leo Hart; email to Chris Rieble; emails from and to Holland; review liquidation plan and exhibits; telephone conferences with Holland to discuss changes and additions; | 9.25 | | | | |
| 9/29/2009 | LC | Emails from and to consumers and former employees; telephone call to Shawn Jones; emails from and to Susan Timper; meeting with Shawn Jones and copying files from CAS server to portable drive; emails to Brian Holland; telephone call to Wayne at Upstate Office Liquidators; emails from and to Leo Hart; telephone calls from Shawn Jones; telephone call from Jon Honda; review CAS computer files and documents on portable hard drive; telephone call and email to Todd Pitman; review spreadsheet on reserve accounts at Authorize.net; telephone call to Mark Bowers at Authorize.net; emails from Bernadette Riley; emails to Upstate Office Liquidators; email to Jim Rulison; | 8.00 | | | | |
| 9/30/2009 | LC | Emails from and to consumers and former employees; telephone call from Jim Hissong; go to Net Standard and take photographs of servers and equipment; send photos to Shawn Jones; telephone call to Crystanna Cox; emails to and from Brian Holland; telephone call from Wayne at Upstate to Allyson Stewart; telephone call from Holland; email Office Liquidators; telephone call to Todd Pitman; email to ROS Office Supply; conference call with Holland and Kenneth Weltz; telephone call to Jim Hissong; review bank account records for Grant Writers Institute LLC; | 7.25 | | | | |
| | | | 473.50 | 624 | | 91.07 | |