

**TMPitman & Associates, LLC**
CERTIFIED PUBLIC ACCOUNTANTS

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/09 | 2009-629 |

| Terms |
|---|
| Due upon receipt |

Cook Receiver Services, Inc.
14904 W. 87th St. Pkwy #333
Lenexa, KS 66215

**Accounting and Consulting Services**

Restored QuickBooks company files for 18 entities

Analyzed data and financial records of each entity (with majority of time spent on Grant Writers Institute, Affiliated Strategies Inc., Landmark Publishing Group & Apex Holding International)

Prepared Checking Account Detail Reports and emailed to Mr. Cook

Preparared Companies Research Worksheet that reported the following information for each entity: Total Accrual-Basis Revenues, Total Cash-Basis Revenues, Revenues as reported on the entities' Income Tax Return, Total Accrual-Basis Expenses, Total Cash-Basis Expenses, Approximate amounts of Accrual-Basis Assets, Liabilities & Equity, Approximate amounts of Cash-Basis Assets, Liabilities & Equity, Balances of Intercompany due to/from accounts

Continued research of companies and prepared the Narrative of Findings that specifically addressed questions and inquiries received from Mr. Cook

Revised Narrative of Findings Report after receiving additional inquiries from Mr. Cook

Researched and prepared report of Executive Expenses and sent to Mr. Cook

Researched and prepared report of Income and Expenses from Other Soureces and emailed to Mr. Cook

| Consulting services provided by: | Rate | Hours | Amount |
|---|---|---|---|
| Judy Schmuecker - Staff Accountant | $ 75.00 | 44.75 | $ 3,356.25 |
| Todd Pitman, CPA - Principal | $ 150.00 | 38.75 | $ 5,812.50 |
| Reimbursable Expenses | | | |
| Fed-Ex pkg delivered on 8/17/09 | | | $ 14.56 |
| | | **Total Due** | $ 9,183.31 |

We appreciate the opportunity to work with you. Please do not hesitate to contact us if you have any questions about this invoice.

14802 Shamrock Way • Suite A • P.O. Box 411 • Smithville, MO 64089 • Phone (816) 532-0685 • Fax (816) 532-0879 • www.tmpitman.com