IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>STATE OF KANSAS,<br>STATE OF MINNESOTA, and<br>STATE OF NORTH CAROLINA,<br><br>      Plaintiffs,<br><br>      v.<br><br>AFFILIATE STRAGEGIES, INC., et al.,<br><br>      Defendants. | Case No. 5:09-CV-04104-JAR-KGS |

## MEMORANDUM AND ORDER

This matter is presently before the court upon the Permanent Receiver's Motion to Expand Receivership to Include Wholly and Partially-Owned Subsidiaries of Receivership Defendants (the "Motion"). The Receiver seeks to expand the scope of the receivership to include fifteen (15) subsidiaries either wholly or partially-owned by Receivership Defendant Apex Holdings International, LLC. There has been no timely opposition filed to this application. Accordingly, for good cause shown, the Application shall be granted.

**IT IS THEREFORE ORDERED** that the Receiver's Motion (Doc. # 158) be and hereby is granted. The following subsidiaries of Receivership Defendant Apex Holdings International, LLC are hereby added as Receivership Defendants for purposes of administering this receivership estate and as set forth in the Stipulated Preliminary Injunction Order with Asset Freeze, Appointment of Receiver, and Other Equitable Relief entered on September 1, 2009 (Docket # 78):

i. Noobing, LLC

ii. InTouch Communications, LLC

iii. National Research Institute, LLC

iv. Custom Accounting Services, LLC

v. JobsBasedFromHome.com, LLC

vi. Capstone Enterprises, LLC

vii. Digital Catalyst, LLC

viii. Island Asset Holding, LLC

ix. Venture Funding, LLC

x. Vibrant Health Solutions, LLC

xi. KB Innovations, LLC

xii. Associated Order Processors, LLC

xiii. Midway Management Staffing, LLC

xiv. Applied Marketing Concepts, LLC

xv. Sagging Pockets, LLC

**IT IS SO ORDERED.**

Dated: <u>March 18, 2010</u>

                                      S/ Julie A. Robinson

                                      JULIE A. ROBINSON

                                      UNITED STATES DISTRICT JUDGE