IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, STATE OF KANSAS, STATE OF MINNESOTA, and STATE OF NORTH CAROLINA, <br><br>           Plaintiffs, <br><br>      v. <br><br> AFFILIATE STRAGEGIES, INC., et al., <br><br>           Defendants. | Case No.  5:09-CV-04104-JAR-KGS |

**MEMORANDUM AND ORDER**

This matter is presently before the court upon the Permanent Receiver's Final Status Report, Final Application for Approval of Fees and Expenses, and Motion to Terminate the Receivership Estate.  The Receiver has provided a final accounting and seeks to pay Larry E. Cook, Receiver expenses in the amount of $0 and fees in the amount of $10,858.77.  The Receiver also seeks to pay Lathrop & Gage LLP attorneys for the Receiver, expenses in the amount of $1,310.26 and fees in the amount of $10,858.77 for a total amount of $12,169.03.  The Receiver will write off $24,618.73 and Lathrop & Gage LLP will write off $39,204.23.  The Receiver further seeks approval of the Receiver's actions to date, termination of the Receivership, release of the Receivership Bond in this case, and a discharge of all liability and an order extinguishing all potential or unknown liability against the Receiver and his agents in this case.  There has been no timely opposition filed to this application.  Accordingly, for good cause shown, the Application shall be granted.

**IT IS THEREFORE ORDERED** that the Receiver's Final Status Report is Approved.

**IT IS FURTHER ORDERED,** that the Receiver is authorized and directed to pay Larry E. Cook the sum of $10,858.77 for his final fees.  The Receiver is further authorized and directed to pay Lathrop & Gage LLP the sum of $12,169.03 for its final fees and expenses.  The Receiver and Lathrop & Gage LLP shall write off the balance of their fees incurred in this case.

**IT IS FURTHER ORDERED** that the Receiver and his agents are hereby discharged of all liability and from all claims, unknown or unknown in this case.

**IT IS FURTHER ORDERED** that the Receiver is hereby discharged and the Receivership terminated.

**IT IS FURTHER ORDERED** that the Receivership Bond posted in this case, as subsequently renewed, is released and may be canceled.

**IT IS SO ORDERED.**

Dated: <u>October 19, 2011</u>

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE